UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANAS ELHADY**; )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**MATTHEW PEW;** )<br>**BLAKE BRADLEY**; )<br>**JOSEPH PIRANEO;** )<br>**DANIEL BECKHAM;** )<br>**TONYA LAPSLEY;** )<br>**NYREE IVERSON;** )<br>**WALTER KEHR;** )<br>**SCOTT ROCKY;** )<br>**JASON FERGUSON;** )<br>in their individual capacities, only; )<br>)<br>Defendants. ) | **Case No. 17-cv-12969**<br>**Hon. Mark A. Goldsmith**<br>**Mag. Anthony P. Patti** |

## PROOF OF SERVICE OF SUMMONS

Plaintiff, **Anas Elhady**, by and through his attorneys, CAIR Legal Defense Fund ("CAIR") hereby attaches three proofs of service of summons by hand, as to individual defendants Tonya Lapsley, Blake Bradley, and Scott Rocky.

Respectfully submitted,

CAIR LEGAL DEFENSE FUND

BY:    /s/ Lena Masri
LENA F. MASRI (P73461)
GADEIR I. ABBAS (VA: 81161)

1

AHMED M. MOHAMED (LA: 36590)
Attorneys for Plaintiff
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 488-8787

*Gadeir Abbas is licensed in VA, not in D.C.  Practice limited to federal matters.  He is admitted to practice in this Court.*

*Ahmed Mohamed is licensed in LA & NY, not in D.C.  Practice limited to federal matters.  He is admitted to practice in this Court.*

Dated:  July 23, 2018

# Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 17-12969
Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tonya Lapsley
was received by me on *(date)* 7-16-2018 .

☒ I personally served the summons on the individual at *(place)* 16803 Greenview Ave Detroit Mi 48215 on *(date)* 7-16-2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7-16-2018

Woodrow Myree
*Server's signature*

Woodrow Myree, Process Server
*Printed name and title*

155 W. Congress, Ste 608
Detroit, Michigan 48226
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit B

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 17-12969
Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Blake Beadley__
was received by me on *(date)* __7-16-2018__.

☒ I personally served the summons on the individual at *(place)* __18617 Santa Barbara, Det. MI; 48221__ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __7-16-2018__

__Woodrow Myree__
*Server's signature*

__Woodrow Myree, process server__
*Printed name and title*

__155 W. Congress, Ste 608__
__Detroit, MI 48226__
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit C

## Summons and Complaint Return of Service

Case No. 17-12969
Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Rocky
was received by me on *(date)* 7-19-2018 .

☒ I personally served the summons on the individual at *(place)* 8456 McKinley Centerline, Mich. 48015 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7-19-2018

_Woodrow McRee_
Server's signature

Woodrow McRee, Process Server
Printed name and title

155 W. Congress, Ste 608
Detroit, Mich. 48226
Server's address

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Michigan using the ECF System, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Lena Masri*