## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ANAS ELHADY**;                            )
                                            )
      Plaintiff,                    )     **Case No.  17-cv-12969**
v.                                          )     **Hon. Mark A. Goldsmith**
                                            )     **Mag. Anthony P. Patti**
**PEW, *et al.,***                          )
in their individual capacities, only;       )
                                            )
      Defendants.                   )

---

### STIPULATED ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Upon stipulation of the parties, by and through their respective attorneys, it is hereby ordered that Plaintiff's deadline to respond to Defendants' Motion to Dismiss is extended to October 24, 2018.

SO ORDERED.

Dated:  October 17, 2018        s/Mark A. Goldsmith
Detroit, Michigan           MARK A. GOLDSMITH
                   United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 17, 2018.

                   s/Karri Sandusky
                   Case Manager

1

Approved as to form and substance:

CAIR LEGAL DEFENSE FUND

BY: /s/ Lena Masri
LENA F. MASRI (P73461)
GADEIR I. ABBAS (VA: 81161)
AHMED M. MOHAMED (LA: 36590)
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420
lmasri@cair.com
gabbas@cair.com
amohamed@cair.com

* Gadeir Abbas is licensed to practice in VA, not DC.
Practice limited to federal matters.

* Ahmed Mohamed is licensed to practice in LA &
NY, not D.C. Practice limited to federal matters.

*Attorneys for Plaintiff*


**MATTHEW SCHNEIDER**
United States Attorney

BY: /s/ James Carty
**JAMES CARTY**
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Office: (313) 226-9705
Facsimile: (313) 226-3271
Email: James.Carty@usdoj.gov
**Attorneys for Defendants**

Dated: 10/17/2018

2