UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANAS ELHADY,

    Plaintiff,

v.

BLAKE BRADLEY, et al.,

    Defendants.

_____/

Case No. 17-cv-12969

HON. MARK A. GOLDSMITH

# ORDER DISMISSING AS MOOT MOTION FOR PROTECTIVE ORDER (Dkt. 89), MOTION FOR SUMMARY JUDGMENT BY MATTHEW PEW (Dkt. 96), AND MOTION FOR SUMMARY JUDGMENT BY WALTER KEHR AND SCOTT ROCKY (Dkt. 98)

Motions for summary judgment by Matthew Pew (Dkt. 96), Walter Kehr (Dkt. 98), and Scott Rocky (Dkt. 98) were rendered moot by the stipulated order dismissing them as Defendants (Dkt. 120). They are dismissed. A motion for protective order by nonparty United States Customs and Border Protection (Dkt. 89) was granted in part (Dkt. 94). The clerk is directed to remove it from the list of pending motions.

SO ORDERED

Dated: March 9, 2020　　　　　　　　　　　　　s/Mark A. Goldsmith
   Detroit, Michigan　　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge