UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANAS ELHADY,

    Plaintiff,

v.

BLAKE BRADLEY,

    Defendants.

_____/

Case No. 17-cv-12969

HON. MARK A. GOLDSMITH

## ORDER ADMINISTRATIVELY CLOSING THE CASE

Defendant Blake Bradley, the sole remaining Defendant, has filed an appeal as of right challenging the Court's denial of his summary judgment motion based on qualified immunity (Dkt. 128). There is no further activity to be undertaken in the district court at this time. Therefore, this case is administratively closed. Upon resolution of the appeal, either side may move to reopen the case.

SO ORDERED.

Dated: June 8, 2020
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge