UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANAS ELHADY,

      Plaintiff,                                Civil Action No. 17-cv-12969

v.                                                HON. MARK A. GOLDSMITH

BLAKE BRADLEY,

      Defendant.

_____/

## **JUDGMENT**

In accordance with the opinion and judgment issued by the United States Court of Appeals for the Sixth Circuit on 11/19/2021 (Dkt. 132), judgment is entered in favor of Blake Bradley. The case is closed.

                                                          KINIKIA ESSIX
                                                          CLERK OF THE COURT

                                   By:   s/Karri Sandusky
                                                 DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: 9/14/2023